UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAN 2 9 2020

Motors Liquidation Company,

        Debtor,

19-cv-6668 (AJN)

Marianne OGrady,

        Appellant,

ORDER

-v-

Motors Liquidation Company Avoidance Action Trust,

        Appellee.

ALISON J. NATHAN, District Judge:

    The above case has been assigned to me for all purposes. It is hereby ORDERED that the Appellant shall file their brief by no later than February 24, 2020. Appellee shall file their opposition by March 9, 2020. Appellant's reply brief, if any, must be filed by March 23, 2020. The parties are also directed to proceed pursuant to this Court's Special Rules of Practice in Civil Pro Se Cases.[1]

    Should Appellant want legal advice, she may consult the *pro se* legal clinic. On September 19, 2016, a new legal clinic opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). The Clinic is located in the Thurgood

---

[1] These are available at http://www.nysd.uscourts.gov/cases/show.php?db=judge_info&id=623

Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person or by calling 212-659-6190.

If the Appellant wishes to seek an extension of time, she is directed to first seek the consent of opposing counsel and then submit a request to the Court via letter. Any such letter should be mailed directly to the Pro Se Intake Unit.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

A copy of this Order shall be mailed to the *pro se* Appellant and that mailing shall be noted on the public docket.

SO ORDERED:

Dated: January 28, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge