UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Motors Liquidation Company,

                Debtor,

---

Marianne OGrady,

                Appellant,

-v-

Motors Liquidation Company Avoidance Action Trust,

                Appellee.

FEB 2 6 2020

19-cv-6668 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to the Court's January 29, 2020 Order, Appellant Marianne O'Grady was to file her brief in this appeal no later than February 24, 2020. The Court is not in receipt of that brief.

    Given the special solicitude afforded to pro se litigants, the Court sua sponte extends the Appellant's deadline to file a brief to March 6, 2020. Appellee shall file their opposition by March 12, 2020. Appellant's reply brief, if she wishes to file one, must be submitted no later than March 23, 2020.

    **The pro se Appellant is warned that if she does not submit a brief, the Court may decide this appeal without further notice to her.**

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

A copy of this Order shall be mailed to the *pro se* Appellant and that mailing shall be noted on the public docket.

SO ORDERED:

Dated: February 26, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge