**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Motors Liquidation Company,
                              Debtor.
----------------------------------------------------------------X
Marianne OGrady,
                            Appellant,

                 -against-

Motors Liquidation Company Avoidance Action Trust,
                            Appellee.
----------------------------------------------------------------X

19 **CIVIL** 6668 (AJN)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2020

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 28, 2020, the appeal is dismissed with prejudice. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
           May 28, 2020

                                                  **RUBY J. KRAJICK**
                                                        Clerk of Court
                                    BY:
                                                        **Deputy Clerk**